**[J-41A-2015 and J-41B-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF FRANKLIN A. BENNETT, III, CANDIDATE FOR OFFICE OF JUDGE OF THE MUNICIPAL COURT FOR THE FIRST JUDICIAL DISTRICT (PHILADELPHIA COUNTY) | : No. 12 EAP 2015<br>:<br>: Appeal from the Order of Commonwealth<br>: Court dated 4/2/2015 at No. 121 M.D. 2015<br>:<br>: SUBMITTED:   April 17, 2015<br>:<br>:<br>: |
| APPEAL OF: JOYCE M. CROSS | : |
| | |
| IN RE: NOMINATION PETITION OF FRANKLIN A. BENNETT, III, CANDIDATE FOR OFFICE OF JUDGE OF THE COURT OF COMMON PLEAS FOR THE FIRST JUDICIAL DISTRICT (PHILADELPHIA COUNTY) | : No. 13 EAP 2015<br>:<br>: Appeal from the Order of Commonwealth<br>: Court dated 4/2/2015 at No. 122 M.D. 2015<br>:<br>: SUBMITTED:   April 17, 2015<br>:<br>:<br>: |
| APPEAL OF: JOYCE M. CROSS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 7th day of May, 2015, the order of the Commonwealth Court is **AFFIRMED**.